**Writ of Mandamus is Denied; Opinion Filed November 13, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01378-CV

## IN RE INNOVATION FIRST, INC., INNOVATION FIRST INTERNATIONAL, INC., DAVID A. NORMAN AND ROBERT MIMLITCH, III, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05475-D**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relators contend the trial judge erred in denying their motion to strike a jury demand. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding); *see also Rivercenter Assocs. v. Rivera*, 858 S.W.2d 366, 367–68 (Tex. 1993) (orig. proceeding); *In re D Mc Leasing, Inc.*, 05-00-00717-CV, 2000 WL 688238, at \*1 (Tex. App.—Dallas May 23, 2000, orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

131378F.P05

/David Evans/
DAVID EVANS
JUSTICE